UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_Yvonne Frost_

Write the full name of each plaintiff.

19 CV 11111

____CV_____
(Include case number if one has been assigned)

-against-

_City of New York (HRA)_
_NYC MTA_
_United States SD Court_

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

## COMPLAINT

Do you want a jury trial?
☐ Yes   ☐ No

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 1/9/17

## I. BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☑ **Federal Question**

☐ **Diversity of Citizenship**

### A. If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

_Luxurious house Given away_
_Unequal + Unfair Treatment_
_Bias_
_Abuse of Power_

### B. If you checked Diversity of Citizenship

1. **Citizenship of the parties**

Of what State is each party a citizen?

The plaintiff, _____, is a citizen of the State of
(Plaintiff's name)

_____
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant, _____, is a citizen of the State of
(Defendant's name)

_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If the defendant is a corporation:

The defendant, _____, is incorporated under the laws of

the State of _____

and has its principal place of business in the State of _____

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____.

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

_YVONNE_ \ _FROST_
First Name | Middle Initial | Last Name

_40 Ann Street_
Street Address

_New York_  _NY_  _10058_
County, City | State | Zip Code

_____  _Yvonne Frost 1 @ aol.com_
Telephone Number | Email Address (if available)

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1: ~~Jerome~~ CITY OF New York (HRA)
First Name        Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)
New York        NY        10007
County, City        State        Zip Code

Defendant 2: NYC MTA
First Name        Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)
Brooklyn        NY
County, City        State        Zip Code

Defendant 3: United States SD Court
First Name        Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)
New York        NY        10007
County, City        State        Zip Code

Defendant 4: _____
First Name            Last Name

_____
Current Job Title (or other identifying information)

_____
Current Work Address (or other address where defendant may be served)

_____
County, City            State            Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: _Brooklyn, Bronx, New York_

Date(s) of occurrence: _last two weeks to present 11/4/19_

## FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

The nature of this case is delicate new borns are involved yet a lot of people over-look it and has their eyes on my money. The fight for my money and to destroy me this is what this case is about.

After planning how to destroy the three Kings defendants and others employed by them put it to work. Most of the Scenarios and plots were already shown to me via vision how it will go down.

I would like to simply ask the court to replace the three (3) Kings and give me my key to my luxurious house. Most of the work was already done at a house I believe to be G. Frost.

Page 5

Someone said "it sounds like a dish you would want to make at home."
One of the woman wanted to find out where G. Frost got me - the double breast woman from. Via vision I heard "Now you do not have to stay here and get trap".
"Now? you take full responsibility for all them kids" I saw someone given an extra cookie for this job of baby-sitter or for the babies. I heard G. Frost said "they fighting him down". →

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

heartbreak, exposure to the elements. No stove-unhealthy eating bad health. All Effects of not living in a house. i.e poor hygiene. Sexual assault from HRA and MTA. Pain and suffering. Dislocated collar-bone. Diminishing hearing, eye sight from botched MRI's.

**IV. RELIEF**

State briefly what money damages or other relief you want the court to order.

I would like to ask the court to bring in the C.I.I and F.B.I to investigate the case Restore my three kings and order the defendants to hand over the keys to my luxurious house. I would like to ask the court to order

FACT 2

This morning I heard two people say "they never see so much money."

I would like to ask the court at this time to bring in the F.B.I and C.I.A to investigate this case. It appears my money has just about everyone running crazy.

After one of my trolley wheel got damaged and barely moved I decided to take it back to a store in Brooklyn where I bought it from. Projectors knew I would go back there. In fact I saw via vision the proprietor of the store processing money on his Ipad for the other two babies/kings.

I physically stood in his store and saw people attach to my case in one way or the other come into the store. Two of them spoke to the chinese proprietor. I heard "is time you gave me that." A couple days ago the defendants said "Eve is going downhill."

These people plan go far and deep for things that are not theirs. Some of them already got money and keep returning. It is my belief the relief is just being used "in this case" for all defendants extra pocket money. About 2am yesterday I embarrassed a female stalker on a train platform after observing her for sometime. This young woman could be the new up coming baby-sitter/cook or present one. This person

the defendants to compensate me for pain and suffering, physical and mental pressure, time lost and ~~lost~~ heartbreak from absent children.

I would like to ask the court to have ready my compensation payout (checks 2) by the 12/30/19 (12 noon).

I would like to ask the court to order the defendants to restore jewelry, one car and money my second home back to me. If there is a present marriage between G. Frost and anyone immediately annull it. It is fraud. There is no grounds for it.

I would like to ask the court to order manipulators and others to stay away from my children. Order G. Frost make no monetary or major decision about the children without me physically or physical voice (phone).

I would like to ask the court to order the defendants hand over luxurious house keys to me (12 noon same-place), tomorrow 12/5/19.

The defendants had subscribed me for different things. I would like to ask the court to order defendants unsuscribe me from all of them.

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| | |
|---|---|
| 12/4/19 | *Yvonne Frost* |
| Dated | Plaintiff's Signature |
| YVONNE | FROST |
| First Name    Middle Initial | Last Name |
| 40 Ann Street | |
| Street Address | |
| New York               NY | 10038 |
| County, City           State | Zip Code |
| | Yvonne.Frost1@aol.com |
| Telephone Number | Email Address (if available) |

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☐ Yes   ☐ No

    If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

Page 7